UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN NIMMONS,

                Plaintiff,

      -against-

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

20-CV-10112 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued January 20, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed in forma pauperis ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 20, 2021
             New York, New York

                                            COLLEEN McMAHON
                                          Chief United States District Judge